CLOSED, MDL, STAYED, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07−cv−04252

Gonzalez v. Davol, Inc. et al
Assigned to: Judge Nancy F. Atlas
Cause: 28:1332 Diversity−Product Liability

Date Filed: 12/12/2007
Date Terminated: 02/05/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Guadalupe V. Gonzalez**

represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832−372−2926
Fax: 281−538−6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2007 | | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3301074) filed by Guadalupe V. Gonzalez. (Attachments: # 1 Civil Cover Sheet Guadalupe V. Gonzalez)(Alexander, David) (Entered: 12/12/2007) |
| 12/13/2007 | | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons.Initial Conference set for 3/7/2008 at 01:30 PM in Courtroom 9F before Judge Nancy F. Atlas.( Signed by Judge Nancy F. Atlas ) Parties notified.(smurdock, ) (Entered: 12/13/2007) |
| 12/21/2007 | | First CERTIFICATE OF INTERESTED PARTIES by Guadalupe V. Gonzalez, filed.(Alexander, David) (Entered: 12/21/2007) |
| 02/05/2008 | | ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE. Case terminated on 2/5/2008.( Signed by Judge Nancy F. Atlas ) Parties notified.(sashabranner, ) (Entered: 02/05/2008) |
| 02/14/2008 | | JPML CONDITIONAL TRANSFER ORDER (13) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1842. Parties notified.(rvazquez, ) (Entered: 02/14/2008) |

| | | |
|---|---|---|
| 02/14/2008 | | MDL transfer to District of Rhode Island. Case transferred electronically.(rvazquez, ) (Entered: 02/14/2008) |